# United States District Court
# For The Western District of North Carolina
# Asheville Division

Frederick Camacho,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                                1:11cv93

Joey Brandle, Wesley Corn,
Jeffery Brendle, Keith Turner,
and Billie J. Weaver,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2011 Order.

                                        Signed: October 5, 2011

                                        Frank G. Johns, Clerk
                                        United States District Court